**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-14250-CV-MIDDLEBROOKS/Maynard

MOXIE PEST CONTROL
FLORIDA, LLC,

      Plaintiff,

v.

CITY OF PORT ST. LUCIE,
FLORIDA,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, CANCELLING HEARING, AND SETTING DEADLINE TO FILE DISMISSAL

THIS CAUSE comes before the Court on United States Magistrate Judge Shaniek Mills Maynard's Paperless Report and Recommendation (the "Report") entered on January 25, 2024. (DE 44). The Report states that the Parties contacted Judge Maynard's Chambers to report having jointly agreed upon her previously issued Mediator's Proposal. Therefore, the Report recommends that the preliminary injunction hearing currently set before me on February 14, 2024, and all associated hearing deadlines, be canceled, and the parties be instructed to file the appropriate dismissal documents by Wednesday, February 21, 2024. The Parties did not file written objections and the deadline to do so has passed.

Upon review of the Report and the record as a whole, I agree with the Magistrate Judge's proposed course of action and disposition of this matter.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Mills Maynard's Paperless Report and Recommendation (DE 44) is **ADOPTED**.

(2) The Preliminary Injunction Hearing, scheduled for February 14, 2024, at 1:30 PM, is **CANCELED.**

(3) The Parties are instructed to file appropriate dismissal documents on or by **Wednesday, February 21, 2024**.

SIGNED in Chambers at West Palm Beach, Florida, this __ day of February, 2024.

Donald M. Middlebrooks
United States District Judge

cc:   Magistrate Judge Shaniek Mills Maynard
      Counsel of Record